(92 South. 923)

BROWN v. STATE. (6 Div. 845.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Murphy, Murray & Hanna, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There was ample evidence to support the finding of the facts as made by the trial court, and its judgment is affirmed.

(93 South. 924)

BROWN v. STATE. (8 Div. 921.) (Court of Appeals of Alabama. April 18, 1922. Application for Rehearing Overruled May 9, 1922.) Appeal from Morgan County Court; W. T. Lowe, Judge. C. L. Price, of Albany, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. The judgment will not support the appeal, and it is dismissed, on authority of W. C. Yates v. State, ante, p. 435, 93 South. 62.

(89 South. 925)

BRUNSON v. HILDRETH. (4 Div. 694.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. Whaley & Fletcher, of Andalusia, for appellant. J. Morgan Prestwood, of Andalusia, for appellee.

MERRITT, J. Appeal dismissed by appellant.

(91 South. 924)

BUCHMANN v. HORTON. (6 Div. 968.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Cullman County; R. C. Brickell, Judge. F. E. St. John, of Cullman, for appellant. W. E. James, of Cullman, for appellee.

MERRITT, J. Appeal dismissed on motion of appellant.

(89 South. 925)

BUFFORD v. STATE. (5 Div. 351.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(88 South. 923)

BUTTRAM v. STATE. (7 Div. 682.) (Court of Appeals of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Jack Buttram was convicted of violating the prohibition law, and he appeals. Affirmed. Tate & Logan, of Anniston, for appellant. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. The defendant was indicted, tried, and convicted for the offense of violating the prohibition law, and from the judgment of conviction he appeals. This appeal is upon the record proper, without a bill of exceptions. The record has been examined, and is free from error. It follows that the judgment of conviction must be affirmed. Affirmed.

(92 South. 923)

BYRD v. STATE. (1 Div. 435.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

(90 South. 926)

CALLAHAN v. STATE. (8 Div. 811.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Limestone County; Robert C. Brickell, Judge. Harwell G. Davis, Atty. Gen., for appellee.

MERRITT, J. Appeal dismissed.

(93 South. 925)

CANNON v. STATE. (6 Div. 989.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion.

(89 South. 925)

CARROLL v. STATE. (4 Div. 716.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The appeal is on the record and the record is free from error. Affirmed.

(89 South. 925)

CARSON v. EARLE. (7 Div. 694.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

SAMFORD, J. Appeal dismissed.

(89 South. 925)

CARTER v. SLOSS–SHEFFIELD STEEL & IRON CO. (6 Div. 869.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Jefferson County; J. J. Curtis, Judge. Frank S. White & Son, of Birmingham, for appellant. Tillman, Bradley & Morrow and E. L. All, all of Birmingham, for appellee.

MERRITT, J. Appeal dismissed by agreement of parties.

(93 South. 925)

CARTER v. STATE. (6 Div. 23.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Jefferson County; J. B. Aird, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. From a conviction for assault with intent to murder, and sentence to an indeterminate term, defendant appeals. The time for filing bill of exceptions has expired, and the trial judge certifies that no bill of exceptions has been filed with him. There is no error apparent of record, and the cause is affirmed.